■ STATE OF NEW YORK ex rel. JAMES ELLIS, Respondent, v IVAN EATON, Appellant.—Judgment unanimously affirmed without costs for reasons stated at Supreme Court, Horey, J. (Appeal from judgment of Supreme Court, Cattaraugus County, Horey, J.—quo warranto.) Present—Dillon, P. J., Denman, Boomer, Green and Davis, JJ. *[See,* 143 Misc 2d 816.]